ENTER/JS-6

FILED
CLERK, U.S. DISTRICT COURT
MAY 28 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICHARD ONTIVEROS, ) | Case No. CV 10-03510 GAF (AN) |
| Petitioner, ) | JUDGMENT |
| v. ) | |
| JOHN MARSHALL, Warden, ) | |
| Respondent. ) | |

IT IS HEREBY ADJUDGED that this action is dismissed for the reasons set forth in the concurrently filed Order.

DATED: May 28, 2010

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 28 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY